UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHASITY A. TRAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-CV-171-SNLJ |
| | ) |
| MICHELLE KING,[1] | ) |
| Acting Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees [Doc. 15]. Defendant filed a response [Doc. 16]. This Court reversed the Commissioner's decision in an Order and Memorandum dated December 4, 2024. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 and requests that this Court award her attorney's fees and expenses in the amount of $3,977.10 to be paid to plaintiff's attorney. The defendant has no objections to payment of the amount requested. Although plaintiff has signed an assignment of EAJA fees in this case, defendant requests that the Court

---

[1] Michelle King is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King is substituted for Acting Commissioner Caroline Colvin as the defendant in this suit.

1

enter an order awarding the attorney's fees to plaintiff rather than plaintiff's attorney in accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), which held that EAJA fees are subject to offset to satisfy any pre-existing debt that the litigant owes to the United States. Defendant will verify whether plaintiff owes a debt to the United States, and, subject to any preexisting debt, the fee will be made payable to plaintiff's attorney. This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** the plaintiff is awarded attorney's fees in the amount of $3,977.10 to be paid by the Social Security Administration.

**IT IS FURTHER ORDERED** that defendant shall pay attorney's fees in the amount of $3,977.10, paid directly to plaintiff's attorney, Kelsey Young, subject to any pre-existing debt that the plaintiff owes to the United States.  Payment shall be mailed to plaintiff's attorney, Kelsey Young, Parmele Law Firm, P.C., 1545 E. Primrose St., Suite A, Springfield, MO 65804.

Dated this 30th day of January, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE